Revised *05/2022*

**RECEIVED**

**REC'D OCT 0 3 2022**
CLERK, U.S. BANKRUPTCY COURT
FINANCE DEPARTMENT

Application (1)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS

IN RE:

| Ismael Ortega | 13-53301-cag |
|---|---|
| Debtor | Bankruptcy Case Number |

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the Claimant identified below to make Application for an Order authorizing payment of unclaimed funds now on deposit in the Treasury of the United States for the benefit of Claimant. Claimant was a creditor/debtor in the above captioned bankruptcy case and has not received payment of these funds which are due and owing to the Claimant. Claimant further states that Claimant is:

NAME OF CLAIMANT: Dynasty Asset Recovery Services LLC, Assignee to Ismael Ortega

PHONE NUMBER: 469-702-1976    LAST FOUR DIGITS OF SOCIAL SECURITY NO: 0672

MAILING ADDRESS: 3755 N Josey Ln #117220

CITY: Carrollton    STATE: TX    ZIP: 75011

and that a dividend in the amount of $ 1,060.00 was awarded in this case to the claimant, which dividend is currently unclaimed and held by the Clerk of Court.

Claimant certifies that all statements made by Claimant on this Application and any attachments required for this Application are, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an Order authorizing payment of the pro rata dividend due upon this claim.

Date: 9/27/22

Claimant's Signature

State of Texas
County of Denton
Subscribed and sworn to before me this 27th day of September, 2022.

Notary Public

My commission expires: 07-19-2025

Mail to: United States Bankruptcy Court
Attn: Financial Administrator
615 E. Houston, Suite 597
San Antonio, TX  78205



BRIANNA C ALLISON
Notary Public
STATE OF TEXAS
NOTARY ID # 13322323-3
My Comm. Expires 07-19-2025

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE:

Ismael Ortega

Debtor(s)

Chapter 13

Bankruptcy Case No. 13-53301

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 28th day of September, 20 22, a copy of the APPLICATION FOR PAYMENT OF DIVIDEND FROM UNCLAIMED FUNDS, and all related attachments, was served on the United States Attorney for the Western District of Texas at the following address:

- o Austin Division
  US Attorney
  903 San Jacinto Blvd., Ste 334
  Austin, TX 78701

- X San Antonio Division
  US Attorney
  601 NW Loop 410,
  San Antonio, TX 78216

- o Midland Division
  US Attorney
  400 W. Illinois Street, Suite 1200
  Midland, TX 79701

- o El Paso Division
  US Attorney
  US Courthouse
  700 E. San Antonio, Suite 200
  El Paso, TX 79901

- o Waco Division
  US Attorney
  800 Franklin Ave, Suite 280
  Waco, TX 76701

Dated: 9/28/22         By: _____